IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| BETTY-JANE OLMSTEAD ) | Case No. 21-31559-KRH |
| ) | Chapter 13 |
| Debtor ) | |

**ORDER APPOINTING GUARDIAN *AD LITEM***

THIS MATTER came to be heard on the Motion of the Debtor, BETTY-JANE OLMSTEAD, by counsel, To Appoint a Guardian *Ad Litem*; and it

APPEARING TO THE COURT that the Debtor 91 years old and suffers from dementia causing her to have difficulty communicating verbally, physically and mentally, being present in meetings, managing her personal and financial affairs, and focusing on such matters for an extended period of time; and it

FURTHER APPEARING that Melissa Ann Hearold has previously been the designated attorney-in-fact for the Debtor and has been assisting the Debtor with her personal affairs and with her Chapter 13 responsibilities; and it

FURTHER APPEARING that the above issues have been discussed with the Debtor and, to the extent she is able, has consented to the appointment of Melissa Ann Hearold as her Guardian *Ad Litem* in this case; and it is in the best interest of the Debtor to do so; it is therefore

ORDERED that the Debtor's Motion to Appoint a Guardian *Ad Litem* be, and the same is hereby GRANTED; and it is

James E. Kane (VSB# 30081)
Kane & Papa, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
*Counsel for Debtor*

FURTHER ORDERED that Melissa Ann Hearold, is hereby appointed as the Debtor's Guardian *Ad Litem* in this case, which appointment will remain in effect until further Order of this Court.

Date: Jun 9 2021

/s/ Kevin R Huennekens
_____
U.S. Bankruptcy Judge

Entered on Docket: Jun 9 2021

I ask for this:

/s/ James E. Kane
James E. Kane (VSB# 30081)
Kane & Papa, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
*Counsel for Debtor*

/s/ Suzanne E. Wade
Suzanne E. Wade, Esquire
Chapter 13 Trustee
7202 Glen Forest Drive, Ste. 202
Richmond, VA 23226

## CERTIFICATION

Pursuant to Local Rule 9022-1(C), I hereby certify that all necessary parties have endorsed the above order.

/s/ James E. Kane
Counsel for Debtor

2

**Parties to Receive Copies**

James E. Kane, Esquire
Kane & Papa, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508

Suzanne E. Wade, Esquire
Chapter 13 Trustee
7202 Glen Forest Drive, Ste. 202
Richmond, VA 23226

Office of the U.S. Trustee
701 E. Broad Street
Room 4304
Richmond, Virginia 23219

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 21-31559-KRH |
| Betty-Jane Olmstead | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-7 | User: bullockn | Page 1 of 2 |
| Date Rcvd: Jun 09, 2021 | Form ID: pdford9 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Betty-Jane Olmstead, P.O. Box 274, Heathsville, VA 22473-0274 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion04.rh.ecf@usdoj.gov | Jun 10 2021 02:01:00 | UST smg Richmond, Office of the U. S. Trustee, 701 East Broad St., Suite 4304, Richmond, VA 23219-1849 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| James E. Kane | on behalf of Debtor Betty-Jane Olmstead jkane@kaneandpapa.com info@kaneandpapa.com,cdiez@kaneandpapa.com,jkrumbein@kaneandpapa.com,awilson@kaneandpapa.com,afisher@kaneandpapa.com |
| John P. Fitzgerald, III | USTPRegion04.RH.ECF@usdoj.gov |
| Mary Delyse Vitartas | on behalf of Creditor Fay Servicing LLC MVitartas@padgettlaw.net  bkecf@padgettlawgroup.com |

| District/off: 0422-7 | User: bullockn | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 09, 2021 | Form ID: pdford9 | Total Noticed: 2 |

Suzanne E. Wade          ecfsummary@ch13ricva.com  trustee@ch13ricva.com;fred@cmc13.net

TOTAL: 4